**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: April 21, 2010**



1

# TIFFANY & BOSCO
### P.A.

2   **2525 EAST CAMELBACK ROAD**

3   **SUITE 300**

    **PHOENIX, ARIZONA 85016**

4   **TELEPHONE: (602) 255-6000**

5   **FACSIMILE: (602) 255-0192**

_____

**Randolph J. Haines**

**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

6   Mark S. Bosco
    State Bar No. 010167
7   Leonard J. McDonald
    State Bar No. 014228
8   Attorneys for Movant

9   10-05527

10              **IN THE UNITED STATES BANKRUPTCY COURT**

11                  **FOR THE DISTRICT OF ARIZONA**

12

13   IN RE:                                    No. 2:10-BK-00217-RJH

14   Matthew J. Chandler and Jocelyn M. Chandler          Chapter 7
                 Debtors.
15   _____          ORDER

16   CitiMortgage, Inc.
                 Movant,                        (Related to Docket #13)
17          vs.

18   Matthew J. Chandler and Jocelyn M. Chandler,
     Debtors, Lothar Goernitz, Trustee.
19
20                  Respondents.

21

22          Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

23   Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

24   and no objection having been received, and good cause appearing therefor,

25          IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

26

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 11, 2007 and recorded in the office of the Maricopa County Recorder wherein CitiMortgage, Inc. is the current beneficiary and Matthew J. Chandler and Jocelyn M. Chandler have an interest in, further described as:

Lot 672, DURANGO PARK, according to Book 582 of Maps, Page 45 and Affidavit of Correction recorded in Document No. 2002-0728113 and Affidavit of Correction recorded in Document No. 2002-0756802, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.